David A. Berstein (State Bar No. 204472)
Nicholas D. Myers (State Bar No. 251809)
MYERS LIN LLP
7545 Irvine Center Drive, Suite 200
Irvine, California 92618
T: 949.623.8750
F: 949.623.8759
*david.berstein@myerslin.com*

Attorneys for Greenwave International, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENWAVE INTERNATIONAL, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>STETZER ELECTRIC, INC., a Wisconsin corporation; SHAUN KRANISH, an individual doing business as ELECTRAHEALTH.COM and STETZERIZER-US.COM; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. C 12-06242 DMR<br><br>**NOTICE OF DISMISSAL OF ENTIRE ACTION <u>WITHOUT PREJUDICE</u>** |

**TO THE COURT:**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Greenwave International, LLC requests that the Court dismiss this action <u>without</u> prejudice.

Dated: May 8, 2013                    MYERS LIN LLP

_____
David A. Berstein
Attorneys for Plaintiff Greenwave Int'l LLC

1
NOTICE OF DISMISSAL